**Order entered April 23, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00170-CV

### ERIC DRAKE, Appellant

### V.

### CARMEN SIFUENTES, ET AL., Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-03940**

## ORDER

We **GRANT** the April 16, 2013 motion of Toni Reagor, Official Court Reporter for the 68th Judicial District Court of Dallas County, Texas, for an extension of time to file the reporter's record. The reporter's record shall be filed on or before **May 28, 2013**.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE